**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      In the Interest of O.J.P., a Child

Appellate case number:    01-21-00163-CV

Trial court case number:  2016-25857

Trial court:              246th District Court of Harris County

Date motion filed:        October 25, 2021

Party filing motion:      Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature: ____/s/ Julie Countiss_____
                       Acting for the Court

Panel consists of: Justices Goodman, Landau, and Countiss.

Date: ___November 4, 2021_____